UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 18-189-DLB

JASON LEE LAWRENCE                                                             PLAINTIFF

VS.                  **MEMORANDUM OPINION AND ORDER**

EASTERN STATE HOSPITAL, ET AL.,                         DEFENDANTS

*** *** *** ***

Jason Lee Lawrence is a resident of Covington, Kentucky. Proceeding without an attorney, Lawrence filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. #2). Lawrence's submission, however, contains nothing more than an unintelligible, handwritten statement in which he says, among other things:

> I started to hear the sattelight of remote neural monitoring, which I Looked up on google and got treated very very poorly charges ranging From attempted murder 3 or more times using drugs and the sattelight wich is a deadly weapon which they have there own. 40 to 80 accounts of Defamition of character, cruel and unusual punishment neglect assault with a deadly weapon. . . .

(Doc. #2 at 2). Lawrence's complaint continues with similar statements. (Doc. #2 at 2-3).

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, a district court may dismiss a complaint *sua sponte* for lack of subject-matter jurisdiction where the allegations contained within it are "totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). Even affording Lawrence's complaint the liberal construction to which *pro se*

1

pleadings are entitled, the Court concludes that his allegations are of this nature. *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989) (indicating that "claims describing fantastic or delusional scenarios" are subject to *sua sponte* dismissal). The Court will therefore dismiss Lawrence's complaint.

Accordingly, it is **ORDERED** as follows:

1. Lawrence's complaint (Doc. #2) is **DISMISSED** with prejudice;
2. This matter is **STRICKEN** from the Court's docket; and
3. The Court will enter an appropriate Judgment.

This 9th day of November, 2018.

Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\ORDERS\ProSe\18-189 MOO Dismissing Complaint.docx